```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 21267
   JOHN RODRIGUEZ
   ERNESTINE NANEZ                             CHAPTER 13

                                               JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-2139     SSN XXX-XX-5570
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 11/13/07 .

   2. The case was dismissed without confirmation, 03/28/2008.

   3. The Debtor paid a total of $   9671.29 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FREMONT INVESTMENT & LOA | CURRENT MORTG | .00 | .00 | .00 |
| FREMONT INVESTMENT & LOA | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ACC CONSUMER FINANCE | SECURED VEHIC | 2020.00 | .00 | 2020.00 |
| CITY OF JOLIET | SECURED | 20.00 | .00 | 20.00 |
| ELIZABETH BROWN | SECURED | 1792.00 | .00 | 1792.00 |
| KEAY & COSTELLO PC | SECURED | 20.00 | .00 | 20.00 |
| MONTEREY FINANCIAL SVCS | SECURED | 50.00 | .00 | 50.00 |
| WILL COUNTY TREASURER | SECURED | 340.00 | .00 | 340.00 |
| ADVENTISTS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| BUY OWNER OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| CCS | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CARDIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMPL SE | UNSECURED | NOT FILED | .00 | .00 |

```
ILLINOIS DEPT OF EMPL SE  UNSECURED       NOT FILED                 .00           .00
JC PENNEY CO              UNSECURED       NOT FILED                 .00           .00
JEWEL OSCO                UNSECURED       NOT FILED                 .00           .00
NORTHWEST COLLECTORS      UNSECURED       NOT FILED                 .00           .00
NUVELL CREDIT COMPANY LL  UNSECURED       NOT FILED                 .00           .00
ECMC                      UNSECURED       NOT FILED                 .00           .00
PROVENA ST JOSEPH MEDICA  UNSECURED       NOT FILED                 .00           .00
PUBLIC SAFETY SERVICES    UNSECURED       NOT FILED                 .00           .00
SALLIE MAE GUARANTEE SER  UNSECURED       NOT FILED                 .00           .00
SALLIE MAE GUARANTEE SER  UNSECURED       NOT FILED                 .00           .00
SAMS CLUB                 UNSECURED       NOT FILED                 .00           .00
SECURITY FINANCIAL        UNSECURED       NOT FILED                 .00           .00
SPRINT NEXTEL             UNSECURED       NOT FILED                 .00           .00
SUBURBAN RADIOLOGISTS     UNSECURED       NOT FILED                 .00           .00
TCF BANK                  UNSECURED       NOT FILED                 .00           .00
T MOBILE                  UNSECURED       NOT FILED                 .00           .00
US CELLULAR               UNSECURED       NOT FILED                 .00           .00
WASHINGTON MUTUAL CARD S  UNSECURED       NOT FILED                 .00           .00
```

Summary of disbursements:

```
                        SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
TOTAL CLMS ALLOWED      4242.00           .00           .00         .00       4242.00
PRINCIPAL PAID          4242.00           .00           .00         .00       4242.00
INTEREST PAID                .00           .00           .00         .00            .00
TOTAL PAID              4242.00           .00           .00         .00       4242.00
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00
and was paid $    652.00   direct and $   2848.00   through the plan.

The Trustee received $    402.49 .

Refunds to the Debtor totaled $   2178.80 .




Dated: 06/25/08                        /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   3
      CASE NO. 07 B 21267 JOHN RODRIGUEZ & ERNESTINE NANEZ
```